EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2012 TSPR 163   |
|                         |                 |
|                         | 187 DPR ____    |
| Osvaldo Pérez Marrero   |                 |

Número del Caso: TS-4490

Fecha: 31 de octubre de 2012

Abogado de la Parte Peticionaria:

    Lcdo. Mario Arroyo Dávila

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Osvaldo Pérez Marrero                    TS-4490

RESOLUCIÓN

San Juan, Puerto Rico, a 31 de octubre de 2012.

Vista la *Moción Informativa y Solicitud de que se Decrete que el Querellado ya Cumplió el período de Suspensión y que por tanto puede Regresar a su Práctica de la Abogacía y Notaría*, con lugar. Se reinstala al Lcdo. Osvaldo Pérez Marrero al ejercicio de la abogacía y de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo